

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

IN RE:

Krishna Vasanji Kothari
1413 Landsford Drive
Allen, TX 75013
SSN: XXX-XX-1476

Bhavna Krishna Kothari
1413 Landsford Drive
Allen, TX 75013
SSN: XXX-XX-6319

Debtor(s)

Case No. 11-40636 btr
Chapter: 13

ORDER EVIDENCING AUTOMATIC DISMISSAL
OF CHAPTER 13 CASE OF INDIVIDUAL DEBTOR(S)
PURSUANT TO 11 U.S.C. §521(i)(1)

On **February 28, 2011**, (the "Petition Date"), Krishna Vasanji Kothari and Bhavna Krishna Kothari , the Debtor(s) in the above-referenced bankruptcy case, filed a voluntary petition seeking relief under chapter 13 of Title 11, United States Code. Among the various duties imposed upon the Debtor(s) as a result of that voluntary filing was the duty to file certain documents enumerated in §521(a)(1) of the Bankruptcy Code. Because, upon proper review, the Debtor(s) have failed to file all documents required by §521(a)(1) on or before the 45th day after the Petition Date, an automatic dismissal of the above-referenced case on the 46th day after the Petition Date has been triggered pursuant to §521(i)(1) of the Bankruptcy Code. In order to evidence this automatic occurrence, the Court finds that just cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that the above-referenced Chapter 13 case is **DISMISSED**, effective as of **April 15, 2011** (46th day).

Signed on 4/15/2011

*Brenda T. Rhoades* WH
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE